# EXHIBIT B



# BUNKER DELIVERY RECEIPT

**KAMCA**

N° **04050**

Ciudad de Panamá
Calle 50 con Calle 56 E.
F & F Tower oficina 45D
Tel: +507-2099991/97

| Vessel | PANORIA | IMO | 9480930 |
|---|---|---|---|
| Port | BALBOA ANCHORAGE | Transport | Truck / Barge |
| Date | 25 / MAY / 2018 | Identification | FENIX I |
| | | Loading Point | PATSA |

| | IFO........(cst) | MGO | Timing | IFO 380 | MGO |
|---|---|---|---|---|---|
| Dens. at 15°C (kg/l.) | 0.9726 | | Alongside | 12 H 00 | H |
| Visco. (cst) | 338.5 at 50°C | at 40°C | Connected | 19 H 05 | H |
| | | | Started | 14 H 10 | H |
| Flash Point (°C) | 69.0 | | Completed | 20 H 35 | H |
| | | | Disconnected | 21 H 20 | H |
| Sulphur | 1.95 | | Sailed | H | H |

| Quantities | | | Sealed Sample | |
|---|---|---|---|---|
| Metric Tons | 1174.87 MT | | Vessel | 0535761 |
| Vol. 15°C | 7609.24 NB | | Marpol | 0535762 |
| Vol. real | 7729.33 GB | | Supplier | 0535763 |
| | | | Supplier | 0535764 |

| Extra Costs: | | | Quantities: | | |
|---|---|---|---|---|---|
| Demurrage | ☐ Yes ☐ No | | Control Before | ☒ YES | ☐ NO |
| Extra Hoses | ☐ Yes ☐ No | | | | |
| Distance | ........... Mts | | Control After | ☒ YES | ☐ NO |
| Overtime | ☐ Yes ☐ No | | | | |

Protest Letter    ☐ Yes   ☐ No

**KAMCA**

No disclaimer stamp of any type or form will be accepted on this bunkering certificate, nor, should any such stamp be applied, will alter, change, or waive sellers/suppliers lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

We confirm that product delivered is in compliance with the regulations 14(1)or 4(a) and 18(1) ANNEX VI TO MARPOL 73/78

In accordance with our General Terms and Conditions it is understood that bunkering has been carried out, after under mentioned quantities have been checked and witnessed and agreed upon by the master, chief engineer or vessels representative, as mentioned on the Quantity Determination.

Master Signature       Chief Engineer Signature & Stamp       Supplier Name & Signature